UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JESUS GOMEZ-MORIN,<br>    Plaintiff, | §<br>§<br>§ |
| v. | §    No. 3:14-CV-939-P (BF) |
| | § |
| UNITED STATES OF AMERICA,<br>    Defendant. | §<br>§<br>§ |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant United States of America's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment [D.E. 13] is **GRANTED**.

**SO ORDERED** this 18th day of March, 2015.

_____
JORGE A. SOLIS
CHIEF UNITED STATES DISTRICT JUDGE